UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CLINTON BRINSON,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK J. BROSNAN,<br><br>    Defendants. | C/A NO. 5:21-cv-00151-M |
| CLINTON BRINSON,<br><br>    Plaintiff,<br><br>v.<br><br>ALICE LOUISE WALTON, SAMUEL ROBSON WALTON, and JAMES CARR WALTON,<br><br>    Defendants. | C/A NO. 5:21-cv-00166-M<br><br>**MOTION TO CONSOLIDATE** |

NOW COME Defendants Patrick J. Brosnan, Alice Louise Walton, Samuel Robson Walton, and James Carr Walton (collectively the "Defendants"), and hereby move this Court to consolidate these two cases ((1) *Brinson v. Brosnan*, Case No. 5:21-cv-00151; and (2) Brinson v. Walton, et. al., Case No. 5-cv-21-00166-M) pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. In support of this Motion, Defendants are contemporaneously filing a Memorandum of Law.

Respectfully submitted this 16th day of April, 2021.

                                              *s/ Julie K. Adams*
_____
Julie K. Adams, NC Bar No. 32773
jadams@fordharrison.com
FORD & HARRISON LLP
6000 Fairview Road, Suite 1415
Charlotte, NC 28210
Telephone: 980-282-1900
Facsimile: 980-282-1949
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, a copy of the foregoing **MOTION TO CONSOLIDATE** has been filed with the Court via CM/ECF system and served upon the following person(s) via US Mail to:

>Clinton Brinson
>1011 Addison Place
>Raleigh, NC 27610
>
>Plaintiff *Pro Se*

*s/ Julie K. Adams*
Julie K. Adams