UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CLINTON BRINSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PATRICK J. BROSNAN,<br><br>　　　　Defendants. | C/A NO. 5:21-cv-00151-M |
| CLINTON BRINSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALICE LOUISE WALTON, SAMUEL ROBSON WALTON, and JAMES CARR WALTON,<br><br>　　　　Defendants. | C/A NO. 5:21-cv-00166-M |

## **ORDER**

THIS MATTER is before the Court upon Defendants Patrick J. Brosnan, Alice Louise Walton, Samuel Robson Walton, and James Carr Walton's Motion to Consolidate, filed on April 16, 2020. For the reasons stated in Defendants' Motion and for good cause shown, the Court will grant the motion.

IT IS THEREFORE ORDERED that Defendants' Motion to Consolidate is hereby GRANTED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　United States District Court Judge